UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

CATSKILL MOUNTAINS CHAPTER OF TROUT
UNLIMITED, INC., THEODORE GORDON
FLYFISHERS, INC., CATSKILL-DELAWARE
NATURAL WATER ALLIANCE, INC., FEDERATED
SPORTSMEN'S CLUBS OF ULSTER COUNTY, INC.,
RIVERKEEPER, INC. and WATERKEEPER ALLIANCE,
INC.,

                Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY and STEPHEN L. JOHNSON, in his official
capacity as ADMINISTRATOR OF THE UNITED
STATES ENVIRONMENTAL PROTECTION AGENCY,

                Defendants.
-------------------------------------------------------------------------x

Civ. No. 08-Civ.-5606
(KMK/GAY)

## AFFIDAVIT OF SERVICE OF
## SUMMONS AND COMPLAINT

Meredith Pennell Van Horn, being duly sworn, deposes and says:

1. I am not a party to this proceeding and I am over 18 years of age. I have personal knowledge of all facts set forth in this Affidavit of Service.

2. On the 24th day of June, 2008, I served process upon both of the defendants in this action in accordance with Rule 4(i)(2) of the Federal Rules of Civil Procedure, by:

    a. Sending a true and correct copy of the Summons and Complaint, by certified mail (return receipt requested), to the Civil Process Clerk at the office of the

United States Attorney for the Southern District of New York, at the following address:

>   Civil Process Clerk
>   United States Attorney's Office for the
>   Southern District of New York
>   300 Quarropas Street
>   3rd Floor
>   White Plains, NY 10601

b. Sending a true and correct copy of the Summons and Complaint, by certified mail (return receipt requested), to the Attorney General of the United States at the following address:

>   Attorney General Michael Mukasey
>   United States Department of Justice
>   950 Pennsylvania Ave NW
>   Washington DC 20530-001

c. Sending true and correct copies of the Summons and Complaint, by certified mail (return receipt requested), to each of the defendants at the following addresses:

>   United States Environmental Protection Agency
>   Ariel Rios Building
>   1200 Pennsylvania Ave NW
>   Washington DC 20460
>
>   -and-
>
>   Administrator Stephen L. Johnson
>   United States Environmental Protection Agency
>   Ariel Rios Building
>   1200 Pennsylvania Ave NW
>   Washington DC 20460

                                                      _____

                                                      Meredith Pennell Van Horn

Sworn to before me this
30th day of June, 2008.

_____
Notary Public

      DANIEL E. ESTRIN
Notary Public, State of New York
      No. 02ES5033696
  Qualified in New York County
Commission Expires Sept. 26, 20 10

- 3 -