U.S. Department of Justice

United States Attorney
Southern District of New York

---

**MEMO ENDORSED**

86 Chambers Street, 3rd Floor
New York, New York  10007

August 18, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

By Federal Express
Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

    Re: *Catskill Mountains Chapter of Trout Unltd. et al. v. EPA et al.*,
       08 Civ. 5606 (KMK) (GAY)

Dear Judge Karas:

  This Office represents defendants the United States Environmental Protection Agency and Stephen L. Johnson, Administrator of the Environmental Protection Agency (collectively "EPA"), in the above-referenced lawsuit.  EPA writes respectfully to request a brief extension, from August 25, 2008, until September 15, 2008, to respond to the Complaint.  EPA requests this extension because the parties are currently exploring whether a stay of the action may be appropriate in light of pending litigation in the Eleventh Circuit regarding the same issues raised here.  Plaintiffs consent to this request for an extension.

  Thank you for your attention to this matter.

                Respectfully,

                MICHAEL J. GARCIA
                United States Attorney

*[Handwritten endorsement:] Granted. EPA has until September 15, 2008 to answer or otherwise respond to the Complaint. So Ordered. [signature] 8/28/08*

            By: [signature]
               SARAH E. LIGHT
               Assistant United States Attorney
               Tel. No.: (212) 637-2774
               Fax. No.: (212) 637-2686
               sarah.light@usdoj.gov

cc: By Email
   destrin@law.pace.edu, kcoplan@law.pace.edu, nbrown@law.pace.edu,
   mvanhorn2@law.pace.edu
   jmann@nelconline.org
   jmurphy@nwf.org
   reed@superlawoffice.com